AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means       ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

(1) HP TOWER, SERIAL NUMBER 2M091355FN, (2) DESKTOP PC HP PAVILLION TOWER, SERIAL NUMBER 2M02184TXT, (3) DELL COMPUTER HARD DRIVE ACER VERITON, SERIAL NUMBER 11600260627, (4) LENOVO PC TOWER, SERIAL NUMBER R3009V35, AND (5) A DESKTOP, SERIAL NUMBER N2F212700141, CURRENTLY LOCATED AT 1 GRANITE PLACE SOUTH, CONCORD, NH, 03301

Case No. 1: 24-mj-

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____New Hampshire____
*(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____July 12, 2024____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Talesha L. Saint-Marc____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **2:32 PM, Jun 28, 2024**                          _____[signature]_____
                                                                             *Judge's signature*

City and state:   Concord, New Hampshire            Talesha L. Saint-Marc, U.S. Magistrate Judge
                                                    *Printed name and title*

# Return

| Case No.: 1: 24-mj-149-01/05-TSM | Date and time warrant executed: 7/1/24 @ 10AM | Copy of warrant and inventory left with: Gilbert |
|---|---|---|

Inventory made in the presence of:
Scott Gilbert and Frederick Lulka

Inventory of the property taken and name(s) of any person(s) seized:

1 - HP computer tower s/n: 2M091355FN

1 - HP computer tower s/n: 2M02184TXT

1 - Acer Veriton s/n: 11600260627

1 - Lenovo computer tower s/n: R3009V35

1 - Black computer tower s/n: N2F212700141

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/1/2024

Executing officer's signature

Stephen Riggins   Postal Inspector
Printed name and title